```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

THOMCORP,, INC. d/b/a THOMTEC   )
INDUSTRIAL SALES COMPANY,       )
                                )
        Plaintiff               )
                                )       No. 3:12-1075
v.                              )       Judge Sharp/Brown
                                )       **Jury Demand**
AMEC INDUSTRY, INC.,            )
                                )
        Defendant               )

## **O R D E R**

A telephone conference was held with the parties in this matter on November 14, 2013. The Plaintiff has filed a motion for partial summary judgment (Docket Entry 31), which will be responded to in accordance with the scheduling order in this matter (Docket Entry 29).

The parties advised that they did have some discovery issues that they needed to confer about. If the parties are unable to resolve their differences then they should schedule a telephone conference with the Magistrate Judge to see if the matters could be resolved without the filing of formal discovery motions.

The parties did not see at this point any need for changes to the scheduling order. The parties further advised that mediation would be more likely once they had obtained a decision on the pending motion for partial summary judgment. If granted, the motion would essentially leave only damages to be decided.

The parties are advised the Magistrate Judge stands ready to assist with alternative dispute resolution at their request at any point.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge