# EXHIBIT B

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, November 29, 2013. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | AMEC INTERNATIONAL CO., INC. |
| Entity Number: | C1746470 |
| Date Filed: | 06/23/1994 |
| Status: | DISSOLVED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 11719 CLARK STREET |
| Entity City, State, Zip: | ARCADIA CA 91006 |
| Agent for Service of Process: | SHU QU |
| Agent Address: | 11719 CLARK STREET |
| Agent City, State, Zip: | ARCADIA CA 91006 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2013    California Secretary of State

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, November 29, 2013. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | AMEC INDUSTRY, INC. |
| Entity Number: | C2427999 |
| Date Filed: | 06/03/2002 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1805 E. FRANCIS ST |
| Entity City, State, Zip: | ONTARIO CA 91761 |
| Agent for Service of Process: | SHU QU |
| Agent Address: | 1805 E. FRANCIS ST |
| Agent City, State, Zip: | ONTARIO CA 91761 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2013   California Secretary of State