**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **THOMCORP, INC.** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:12-1075** |
| | ) | **JUDGE SHARP** |
| **AMEC INDUSTRY, INC.** | ) | |
| | ) | |

## ORDER

Due to a calendar conflict the jury trial scheduled for September 23, 2014, is hereby rescheduled for Tuesday, December 16, 2014, at 9:00 a.m. The final pretrial conference is rescheduled for Monday, December 8, 2014, at 2:30 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE